IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LIBERTY MEDIA HOLDINGS, LLC,                                                        Plaintiff,

v.          Civil Action No.       11-cv-00375

VIRGINIA MEMBERS OF SWARM SHARING
HASH FILE A3E6F65F2E3D672400A5908F64ED55B66A0880B8;

AND

DOES 1 & 2,                                                                                    Defendants.

## NOTICE REGARDING NON-DESTRUCTION OF COUMPUTER FILES AND PRESERVATION OF EVIDENCE

Plaintiff, Liberty Media Holdings (hereinafter "Liberty" or the "Plaintiff") hereby places the recipient, Cox Communications, Inc., on notice that:

1. As of the date of service of this Notice, Plaintiff hereby puts the recipients on notice regarding the use of their networked computers, including any shared computers or servers, personal computer(s), or laptop/notebook computer(s), or any other data storage device, which may store any information relevant to the Internet Protocol ("IP") addresses listed in Exhibit "A" attached hereto, or relevant to the accountholders to which those IP addresses were assigned as of the dates and times listed alongside each. If any of the aforementioned computers and/or storage devices is used in a manner that alters or destroys and or all information of any type, you may be liable for spoliation of evidence. Accordingly, you are hereby on notice to preserve the evidence on any and all of these computers and/or storage devices, including any information required to identify said accountholders.

2. You should stop any rotation, alteration, and/or destruction of electronic media that may result in the in the alteration or loss of this information.

3. You should not alter or erase active files, deleted files, and file fragments on any electronic media that may have any relation to the above-styled matter.

4. You should not dispose of any electronic media storage devices replaced due to failure and/or upgrade that may contain electronic data having any relation to this matter.

5. You may comply with this Notice Regarding Non-Destruction of Computer Files by immediately making a copy of the relevant information on all network servers and/or computers.

6. All information preserved in this manner shall remain in your possession in a secure location so as to avoid tampering with evidence. You will not be under an obligation to produce such information until served with a formal request from Plaintiff.

Dated: June 17, 2011                                LIBERTY MEDIA HOLDINGS, LLC

By its attorneys,

/s/ Kurt D. Brickman_____
Kurt D. Brickman, Esq.
(VSB # 75955)
Blackburn, Conte, Schilling, & Click PC
300 West Main Street
Richmond, VA 23220
P: 804-782-1111
F: 804-648-3914
E: kurtbrickman@bcscpc.com